UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO MARTINEZ-CARRANZA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>W. Z. JENKINS, Warden,<br><br>　　　　　Respondent. | NO. CV 23-1496-CJC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　The Report and Notice were returned as undeliverable by the postal service. (Dkt. Nos. 15-16.) According to the information on the Bureau of Prisons website, Petitioner was released on January 2, 2024. Petitioner has not filed a notice of change of address as required by Local Rule 41-6.

1     IT IS ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action as moot. Respondent's motion to dismiss the Petition is denied as moot.

DATED: February 14, 2024

                              CORMAC J. CARNEY
                              United States District Judge