JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO MARTINEZ-CARRANZA,<br><br>    Petitioner,<br><br>    v.<br><br>W. Z. JENKINS, Warden,<br><br>    Respondent. | NO. CV 23-1496-CJC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed as moot.

DATED: February 14, 2024

_____
CORMAC J. CARNEY
United States District Judge